United States District Court
Southern District of Texas
**ENTERED**
February 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ME2 Productions, Inc., § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | Case No. | 4:17-cv-00501 |
| § | | |
| Does 1–12, anonymous BitTorrent users § | Jury | |
| participating in file-sharing swarm § | | |
| identified by hash ending in EB69, § | | |
| § | | |
| *Defendants.* § | | |

### ORDER RE PLAINTIFF ME2 PRODUCTIONS, INC.'S *EX PARTE* MOTION TO TAKE PRE-26(F) CONFERENCE DISCOVERY OF THIRD-PARTY INTERNET SERVICE PROVIDER

THIS CAUSE came before the Court upon plaintiff ME2 Productions, Inc.'s ("ME2's") *ex parte* motion to take pre-26(f) conference discovery of internet service provider AT&T. The Court concludes that plaintiff's motion and supporting exhibits establish good cause for the expedited and limited discovery requested.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion [Doc. # 6] is **GRANTED**. It is therefore

**FURTHER ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 45, ME2 may serve a subpoena on ISP AT&T for ~~information sufficient to identify each~~ *the true name and address* of the subscribers whom Comcast assigned the IP addresses referenced in Exhibit 2 of the Complaint [Doc. # 1] to plaintiff's motion.

2. The subpoenaed ISP shall not require plaintiff to pay a fee in advance of providing the subpoenaed information or for the ISP's costs to notify its customers. However, plaintiff must reimburse AT&T for reasonable costs incurred in producing the material requested in the subpoenas, provided that AT&T must provide plaintiff a detailed invoice setting out the work performed.

3. If AT&T or any subscriber declines to comply with a subpoena issued pursuant to this Order, the objector must file a motion to quash before the return date of the subpoena, which will be at least 30 days from the date of service.

4. AT&T must preserve all subpoenaed information pending the resolution of a timely-filed motion to quash.

5. Any information disclosed to plaintiff in response to a subpoena may be used by plaintiff solely for the purpose of protecting plaintiff's rights as set forth in the Complaint in this case.

6. Plaintiff shall attach a copy of this Order to the subpoena.

Signed at Houston, Texas on _February 21,_____, 2017.

Ewing Werlein, Jr.
United States District Judge

ORDER ON MOTION FOR PRE-26(F)
DISCOVERY